J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Bank of America Corporation, Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, America's Wholesale Lender, Inc. and Recontrust Company, N.A.*

# UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA ANGLADA, RICHARD ELEY, BRETT HILL, ABEL GUZMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; BAC HOME LOANS SERVICING, L.P.; COUNTRYWIDE FINANCIAL; COUNTRYWIDE HOME LOANS INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CUSTOM HOME LOANS INC.; AMERICA'S WHOLESALE LENDER, INC.; HOME MORTGAGE DIRECT LENDERS, INC.; RECONTRUST COMPANY, N.A.; FIRST AMERICAN TITLE; FIRST AMERICAN FINANCIAL CORPORATION; et al.,<br><br>Defendants. | Case:  3:11-cv-00524-RCJ-RAM<br><br>**NOTICE OF MERGER AND NAME CHANGE** |

Please take notice that effective July 1, 2011, BAC Home Loans Servicing, LP has been merged into Bank of America, N.A.  It will now be known as "Bank of America, N.A., successor

. . .

. . .

. . .

by merger to BAC Home Loans Servicing, LP."

DATED this 25th day of July, 2011.

LEWIS AND ROCA LLP

By */s/ J. Christopher Jorgensen*
J. CHRISTOPHER JORGENSEN, ESQ.
MENG ZHONG, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on counsel, listed below, on the 25th day of July 2011, via the court's electronic service system:

Paul Freitag, Esq.
Karlon J. Kidder, Esq.
The Law Offices of Paul Freitag
885 Tyler Way
Sparks, NV  89431
Attorneys for Plaintiffs

*/s/ Donna Simpson*
an employee of Lewis and Roca LLP